# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD RAY YOUNG,** | CV F 01- 5704 REC WMW HC |
| Petitioner, | |
| v. | **ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS** |
| **WILLIAM MERKLE, Warden of High Desert State Prison,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the directive of the Ninth Circuit issued in its unpublished opinion filed January 26, 2005, in case number 03-15223, this court HEREBY GRANTS a conditional writ of habeas corpus. The State of California is instructed that it may either retry Petitioner within sixty (60) days of the date of service of this order or release him from custody.

IT IS SO ORDERED.

Dated: June 9, 2005                               /s/ Robert E. Coyle

668554                                    UNITED STATES DISTRICT JUDGE

2